# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re: TERESA ALVAREZ  
VICENTE A. ALVAREZ SR.  
Debtor(s)

Case No.: 09-1-1365 AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard - Santa Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/12/2009.
2) The plan was confirmed on 05/13/2010.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/02/2010, 10/04/2010, 05/11/2011, 09/14/2011, 01/11/2012.
5) The case was completed on 09/27/2012.
6) Number of months from filing or conversion to last payment: 40.
7) Number of months case was pending: 45.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 14,267.01.
10) Amount of unsecured claims discharged without full payment: 75,121.74.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $57,266.25 |
| Less amount refunded to debtor: | $5,714.25 |
| **NET RECEIPTS:** | **$51,552.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $4,292.45 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$6,792.45** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ADVENTIST HEALTH | Unsecured | 179.50 | NA | NA | .00 | .00 |
| AMERICAN HONDA FINANCE | Secured | 14,037.55 | 14,037.55 | 14,037.55 | 1,710.00 | .00 |
| AMERICAN HONDA FINANCE | Secured | NA | 3,165.51 | 3,165.51 | 216.06 | .00 |
| ATTORNEY GENERAL - DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | NA | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CANDICA LLC | Unsecured | 1,203.00 | 1,203.94 | 1,203.94 | 82.18 | .00 |
| CHASE | Unsecured | 6,729.47 | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE | Unsecured | NA | NA | NA | .00 | .00 |
| CHASE BANK USA NA | Unsecured | 10,973.00 | 10,973.48 | 10,973.48 | 748.98 | .00 |
| CHASE BANK USA NA | Unsecured | 8,653.00 | 8,653.78 | 8,653.78 | 590.62 | .00 |
| CHASE BANK USA NA | Unsecured | 8,585.00 | 8,585.36 | 8,585.36 | 585.97 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING LLC | Unsecured | 9,651.00 | 9,651.14 | 9,651.14 | 658.73 | .00 |

Case: 09-11365    Doc# 78    Filed: 03/18/13    Entered: 03/18/13 10:16:12    Page 1 of 4

0050-2B-EPIF2B-00023383-142003

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: TERESA ALVAREZ
VICENTE A. ALVAREZ SR.
Debtor(s)

Case No.: 09-1-1365 AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EAST BAY FUNDING LLC | Unsecured | 4,469.00 | 4,469.66 | 4,469.66 | 305.08 | .00 |
| FRANCHISE TAX BOARD | Unsecured | NA | NA | NA | .00 | .00 |
| GE MONEY BANK | Unsecured | NA | .00 | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | NA | NA | .00 | .00 |
| LAKE COUNTY DISTRICT ATTORNEY | Priority | NA | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | Unsecured | 1,483.41 | 4,828.03 | 4,828.03 | 329.51 | .00 |
| MENDOCINO COMMUNITY HEALTH | Unsecured | 29.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT INC | Unsecured | 5,123.00 | 5,122.73 | 5,122.73 | 349.65 | .00 |
| MOHAMED POONJA, TRUSTEE | Secured | 245,480.00 | 264,357.95 | 264,357.95 | .00 | .00 |
| MOHAMED POONJA, TRUSTEE | Secured | 18,747.93 | 17,799.58 | 17,799.58 | 17,799.58 | 1,896.75 |
| PATRICIA A CUTLER, ATTORNEY | Unsecured | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT LLC AS AGEN | Unsecured | 4,259.00 | 4,259.64 | 4,259.64 | 290.73 | .00 |
| QUEST DIAGNOSTICS | Unsecured | 7.60 | NA | NA | .00 | .00 |
| SEARS GOLD MASTERCARD | Unsecured | 1,979.62 | NA | NA | .00 | .00 |
| SEARS/CBSD | Unsecured | 6,979.00 | NA | NA | .00 | .00 |
| TD SERVICE CO | Unsecured | NA | NA | NA | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 19,015.36 | 19,015.36 | 19,015.36 | 19,015.36 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | Unsecured | 2,642.00 | 2,642.14 | 2,642.14 | 180.35 | .00 |

0050-2B-EPIF2B-00023383-142003

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: TERESA ALVAREZ  
VICENTE A. ALVAREZ SR.  
      Debtor(s)

Case No.: 09-1-1365 AJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 264,357.95 | .00 | .00 |
| Mortgage Arrearage: | 17,799.58 | 17,799.58 | 1,896.75 |
| Debt Secured by Vehicle: | 36,218.42 | 20,941.42 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 318,375.95 | 38,741.00 | 1,896.75 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 60,389.90 | 4,121.80 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $6,792.45 |
| Disbursements to Creditors: | $44,759.55 |
| **TOTAL DISBURSEMENTS:** | $51,552.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 02/28/2013     By: /s/David Burchard - Santa Rosa  
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

0050-2B-EPIH2B-00023383-341091

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE NO: |
| TERESA ALVAREZ & VICENTE A. ALVAREZ SR. | 09-1-1365 AJ13 |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document: Trustee's Final Report and Account

Dated: 03/18/2013

Cecilia Marcelo
Cecilia Marcelo
Closed Case Administrator

EDWIN M. RIDDLE
LAW OFFICES OF EDWIN M. RIDDLE PO BOX 804 UPPER LAKE, CA 95485

TERESA ALVAREZ & VICENTE A. ALVAREZ SR.
8287 BOTTLE ROCK RD KELSEYVILLE, CA 95451